UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE, | No. 2:14-cv-157-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| RON E. BARNES, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 30, 2014, the court granted petitioner's motion to stay the case pending the exhaustion of his unexhausted claims and directed petitioner to inform the court within 30 days after his claims were exhausted in state court. ECF No. 18. On June 9, 2014, petitioner notified the court that his claims are now exhausted. ECF No. 20. He also requested a court order directing a response to his petition from respondent. ECF No. 19.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay is lifted.
2. The Clerk of the Court shall terminate docket entry number 19.
3. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Rules Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Rules Governing § 2254 Cases.

4. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

5. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondent's reply, if any, shall be filed within 14 days thereafter.

DATED: June 17, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE