UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>                    Petitioner,<br><br>       v.<br><br>RON E. BARNES,<br><br>                    Respondent. | No.  2:14-cv-157-MCE-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has again requested that the court appoint counsel.  As petitioner was previously informed, *see* ECF No. 12, there currently exists no absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases.  The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that petitioner's request for appointment of counsel (ECF No. 27) is denied without prejudice.

Dated:  August 12, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE