UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RON E. BARNES,<br><br>　　　　　　Respondent. | No. 2:14-cv-157-MCE-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 29, 2014, respondent filed an answer to petitioner's application for a writ of habeas corpus. ECF No. 26. Petitioner's reply, if any, shall be filed and served within 30 days of the date of this order.

DATED: August 12, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE