UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON E. BARNES,<br><br>　　　　Respondent. | No. 2:14-cv-0157-MCE-EFB (HC)<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 19, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 66) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Neither party has filed objections to the Findings and Recommendations.

　　　　The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed October 19, 2015 (ECF No. 66) are ADOPTED IN FULL;

2. Respondent's Motion to Dismiss (ECF No. 64) is DENIED as moot; and

3. Respondent is directed to file a response to the Second Amended Petition within sixty (60) days of this order.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT