UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE,<br><br>    Petitioner,<br><br>    v.<br><br>RON E. BARNES,<br><br>    Respondent. | No. 2:14-cv-0157-MCE-EFB P<br><br><br>ORDER |

    Petitioner is a state prisoner proceeding without counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. In respondent's answer, he states that he will lodge with this court the three petitions for writ of habeas corpus that petitioner filed in the California Supreme Court and the Supreme Court's rulings thereon. Before filing the answer, respondent had lodged petitioner's Supreme Court habeas petition, case No. S214393, and the Supreme Court's denial of that petition. However, to date respondent has not lodged petitioner's Supreme Court habeas petitions containing case Nos. S219853 and S223942 or the Supreme Court's rulings on those petitions. Good cause appearing, respondent will be directed to lodge these documents within seven days.

/////

/////

/////

1

Accordingly, IT IS ORDERED that, within seven days from the date of this order, respondent shall lodge with the court petitioner's California Supreme Court habeas petitions containing case Nos. S219853 and S223942 and the Supreme Court's rulings on those petitions.

DATED: April 29, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE